**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CRIMINAL ACTION NO. 17-3-DLB-EBA**

**UNITED STATES OF AMERICA**                                                      **PLAINTIFF**


**v.**                   **ORDER ADOPTING REPORT AND RECOMMENDATION**


**SCOTT A. DUNCAN**                                                               **DEFENDANT**

* *  * *  * *  * *  * *  * *  * *  * *

This matter is before the Court upon the August 7, 2018 Report and Recommendation ("R&R") of United States Magistrate Judge Edward B. Atkins (Doc. # 32), wherein he recommends that Defendant's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. # 30) be denied.

On August 24, 2018, Defendant moved for an extension of time to file objections to the R&R (Doc. # 33). That motion was granted and the deadline to file objections was extended to November 7, 2018 (Doc. # 35 – Virtual Order granting Doc. # 33). That deadline having now expired without any objections being filed, the R&R is ripe for the Court's consideration. The Court having reviewed the R&R, and concluding that it is sound in all respects, and being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1)     The Magistrate Judge's Report and Recommendation ("R&R") (Doc. # 32) is hereby **adopted** as the findings of fact and conclusions of law of the Court;

(2)    The Defendant's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. # 30) is hereby **denied**;

(3)    For the reasons set forth in the Magistrate Judge's R&R (Doc. # 32), the Court determines there would be no arguable merit for an appeal in this matter and, therefore, **no certificate of appealability shall issue**; and

(4)    A separate Judgment will be filed concurrently herewith.

This 27th day of November, 2018.

Signed By:

David L. Bunning    _DB_

United States District Judge

J:\DATA\ORDERS\Covington Criminal\2017\17-3 Order Adopting R&R re 2255.docx